# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>TODD O'GARA<br>*Defendant* | MAGISTRATE JUDGE: Leda Dunn Wettre<br><br>CASE NO. 24-8293<br><br>DATE OF PROCEEDINGS: December 13, 2024<br><br>DATE OF ARREST: _____ |

**PROCEEDINGS:** Initial Appearance

- [x] COMPLAINT
- [x] ADVISED OF RIGHTS
- [ ] COMMITMENT TO ANOTHER DISTRICT
- [x] APPT. OF COUNSEL: [ ] AFPD  [ ] CJA
- [x] PRELIMINARY HEARING WAIVED ON THE RECORD
- [ ] CONSENT TO VIDEO VIA ZOOM
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] IDENTITY HEARING WAIVED ON THE RECORD
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [x] OTHER: *Notice of appearance: Robert Stahl + Laura Gasiorowski*

- [ ] ORDER OF DETENTION
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [x] BAIL SET: _____
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [x] BRADY ORDER ON THE RECORD
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [x] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**
- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [ ] OTHER: _____

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

**APPEARANCES:**

AUSA: Aaron Webman

DEFT. COUNSEL: Robert Stahl, Laura Gasiorowski

PROBATION: _____

INTERPRETER _____
Language: _____

TIME COMMENCED: 1:32 pm
TIME TERMINATED: 1:40 pm
CD NO: ECR

Lorraine McNerney
DEPUTY CLERK